**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00851-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JOSEPH LINO MENDEZ III,

      Applicant,

v.

CHIEF ELIAS DIGGINS,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant, Joseph Lino Mendez III, alleges that he is a prisoner in the custody of

the Colorado Department of Corrections who currently is incarcerated at the Denver

County Jail.  He has submitted *pro se* an Application for Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2241 and an Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.  As part of the

court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the

submitted documents are deficient as described in this order.  Applicant will be directed

to cure the following if he wishes to pursue any claims in this court in this action.  Any

papers that Applicant files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __     is not submitted
(2)   __     is missing affidavit

(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   <u>X</u>    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   __    other:

**Complaint, Petition or Application**:
(10)   __    is not submitted
(11)   __    is not on proper form
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    names in caption do not match names in text
(16)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   __    other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 25, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

2